JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STOCKWELL, | Case No.  CV 25-11220-GW-SSCx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| KOHL'S, INC., et al., | |
| Defendants. | |

Based upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [17] filed on April 1, 2026, it is hereby ORDERED that this action is dismissed without prejudice as to Plaintiff and without prejudice as to the putative class.

IT IS SO ORDERED.

Dated: April 1, 2026



_____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE